UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                            :

In re                                                           :   Case No.  08-10152 (JMP)

QUEBECOR WORLD (USA) INC., *et al.*,   :   (Chapter 11)

                     Debtors.   :   (Jointly Administered)

------------------------------------------------------------- x

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Diana G. Adams, the United States Trustee for Region 2, under 11 U.S.C. sections 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of Quebecor World (USA) Inc. and affiliated debtors in possession.

Wilmington Trust Company
Attn: Suzanne Macdonald
520 Madison Avenue, 33d floor
New York, NY 10022
tel: (212) 415-0500

Pension Benefit Guaranty Corp.
Attn: Suzanne Kelly
1200 K Street, NW
Washington, DC 20005
tel: (202) 326-4070 x 6367

The Bank of New York Mellon
Attn: David M. Kerr
101 Barclay Street - 8 West
New York, NY 10286
tel: (212) 815-5650

MEGTEC Systems Inc.
Attn: Gregory R. Linn
830 Prosper Rd.
De Pere, WI  54115
tel: (920) 337-1568

Abitibi-Consolidated Inc.
Attn: Madeleine Fequiere
1155 Metcalfe Street, Suite 800
Montreal, Quebec
H3B 5H2 CANADA
tel: (514) 394-3638

International Paper Company
Attn: Steve K. Dunn
6285 Tri-Ridge Blvd.
Loveland, OH  45140
tel: (513) 965-2943

Cellmark Paper, Inc.
Attn: Dominick J. Merole
300 Atlantic Street
Stamford, CT 06901
tel: (203) 251-9026

Dated:  New York, New York
        January 31, 2008

Respectfully submitted,

DIANA G. ADAMS
UNITED STATES TRUSTEE

By:    */s/ Andrew D. Velez-Rivera*
       Trial Attorney (AV-2010)
       33 Whitehall Street, 21st Floor
       New York, New York 10004
       Tel. No. (212) 510-0500
       Fax. No. (212) 668-2255